UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND BHAIRO,

      Plaintiff,

v.

      CASE NO.

GEOVERA SPECIALTY INSURANCE COMPANY,

      Defendant.
_____/

## NOTICE OF REMOVAL

The Defendant, GEOVERA SPECIALTY INSURANCE COMPANY ("GeoVera"), by and through the undersigned counsel, hereby files, its Notice of Removal of the above-styled cause pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446 from the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida in which this action is pending, to the United States District Court, Middle District of Florida, Tampa Division, and in support of the removal would show the Court the following:

    1.    This is an action brought by Plaintiff against Defendant for an alleged breach of contract.

    2.    Removal is appropriate under 28 U.S.C. §1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

    3.    Plaintiff's Complaint, together with additional record evidence, establishes that this Court has subject matter jurisdiction over this matter.

4. Plaintiff filed this action in state court as Case No. 22-CA-000108 with the Sixth Judicial Circuit Court in and for Pasco County, Florida on January 14, 2022. Defendant was served with Plaintiff's Complaint on January 24, 2022.

5. This Notice of Removal is timely filed within thirty days (30) of the Defendant's first knowledge that the case is one which is removable and within one year of the commencement of this action, pursuant to 28 U.S.C. § 1446(b).

6. As to diversity, at the commencement of this action, at the time of the filing of this Notice of Removal, and at all times relevant hereto, Defendant, GeoVera is/was a Delaware corporation with its principal place of business located in Fairfield, California. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶3.*

7. GeoVera is duly licensed to transact insurance business in the State of Florida, pursuant to the Surplus Lines Law contained in Chapter 626, Florida Statutes. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶3.*

8. Plaintiff, at all times material hereto, is/was a citizen of Florida, and resided in and/or was domiciled at 22919 Tidal Ct., Land O Lakes, Florida 34639, with an intent to remain. *See screenshot of Pasco County Property Appraiser's website, attached hereto as Exhibit "B;" see screenshot of Florida Department of State, Division of Elections website attached hereto as Exhibit "C;" see Warranty Deed, attached hereto as Composite Exhibit "D;" see Citation issued October 19, 2018 reflecting production of Florida Driver's License by Plaintiff, Raymond*

*Bhairo, attached hereto as Exhibit "E"; and see Voluntary Petition for Individuals Filing for Bankruptcy filed September 17, 2019, attached hereto as Exhibit "F."*

9. This lawsuit arises out of alleged damage to Plaintiff's property located at 22919 Tidal Ct., Land o Lakes, Florida 34639 ("Property"). *See Plaintiff's Complaint at ¶ 7.*

10. On February 22, 2021, the Plaintiff, by and through his counsel, reported a plumbing loss to GeoVera that was alleged to have occurred on November 20, 2019. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶8.*

11. GeoVera immediately acknowledged the Plaintiff's claim and sent e-mail correspondence to counsel for the Plaintiff, requesting additional information regarding the damaged being claimed so that it could commence its review, investigation, and adjustment of the Plaintiff's claim, and advising counsel that GeoVera would be sending an independent adjuster to inspect the Property. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶9.*

12. On March 17, 2021, GeoVera sent correspondence to the Plaintiff, by and through his counsel, advising that the claim was being investigated, under a reservation of rights, in light of the late notice and the approximately 460-day delay in the reporting of the claim. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶10.*

13. On April 7, 2021, an Independent Adjuster with Choice Solutions Services, Inc. ("Choice") inspected the Property, for and on behalf of GeoVera with

3

Plaintiff and Plaintiff's Public Adjuster and/or attorney present. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶11.*

14. On April 9, 2021, GeoVera received Choice's Loss Report and photographs. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶12.*

15. On April 28, 2021, the Plaintiff's recorded statement was completed. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶13.*

16. Immediately thereafter, GeoVera sent a follow up e-mail to Plaintiff's counsel, again requesting additional documentation related to any repairs made to the Property, photos of any work completed since the date of loss, the plumber's camera inspection and Sworn Proof of Loss. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶14.*

17. On May 9, 2021, Plaintiff's counsel provided GeoVera with a plumbing report and an estimate from Pelican Properties Inc. in the amount of $217,806.73, and demanded $215,306.73 to settle the claim. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶15.*

18. In the meantime, GeoVera retained NV5, Inc. ("NV5") to perform an evaluation of the building and to determine the cause and extent of the reported conditions related to the plumbing issues. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶16.*

19. On June 8, 2021, NV5 inspected the Property. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶17.*

20. On June 29, 2021, GeoVera sent an e-mail to Plaintiff's counsel, again requesting Plaintiff's sworn proof of loss and Plaintiff's plumber's camera inspection video, if available. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶18.*

21. On July 14, 2021, Plaintiff submitted a signed Sworn Proof of Loss to GeoVera, swearing that the Whole Loss and Damage is $217,806.73, along with Plaintiff's plumber's camera inspection video. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶19, and Sworn Proof of Loss attached hereto as Exhibit "G."*

22. The Plaintiff's Complaint does not allege a specific amount in controversy, and states only that "[t]his is an action for damages that exceeds Thirty Thousand and 00/100 Dollars ($30,000.00), exclusive of interest, costs and attorney's fees." *See Complaint, ¶ 1.* However, as noted above, Plaintiff's Sworn Proof of Loss states that Plaintiff's damages are $217,806.73 and those damages are based on an estimate prepared by Pelican Properties Inc. for the same amount. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶20.*

23. For the reasons set forth herein, the amount in controversy, exclusive of interest and costs, is in excess of Seventy-five Thousand Dollars and 00/100 cents ($75,000.00).

24. The Plaintiff's Complaint also requests that the Court "enter judgment against the Insurance Company for damages, plus interest, court costs and reasonable attorney's fees . . . ." *See Complaint, Wherefore clause.*

25. Because Plaintiff seeks fees under §626.9373, Florida Statutes in his Complaint and further includes same in his demand, attorneys' fees are properly included in the amount in controversy. *See Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000).

26. When a statute authorizes the recovery of attorney's fees, a reasonable amount of those fees is included in the amount in controversy. *See id.*

27. The Plaintiff's Complaint, together with the additional record evidence, including Plaintiff's Sworn Statement in Proof of Loss and the estimate for repairs provided to GeoVera, establishes that this Court has subject matter jurisdiction over this matter.

28. As noted herein, the amount in controversy, exclusive of interests and costs, exceeds $75,000.00 and thus, satisfies the jurisdictional requirements for diversity removal. *See Affidavit of Pattie Gillette, attached hereto as Exhibit "A" at ¶21.*

29. A copy of this Notice will be timely filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida.

30. The Defendant files with this Notice, true and correct copies of all pleadings filed in the above-captioned state action.

31. Written notice of the filing of this Notice of Removal on this date has been given to Plaintiff, Diane C. Hooker, by and through Plaintiff's attorney of record, Artistides Diaz, Your Insurance Attorney, PLLC, 250 N. Orange Ave., Suite

605, Orlando, FL 32801 *via* email to YIA19@yourinsuranceattorney.com and eservice@yourinsuranceattorney.com.

32. The undersigned certifies that the Defendant, GeoVera, has consented to the removal of this action from the Sixth Judicial Circuit Court in and for Pasco County, Florida to the United States District Court, Middle District, Tampa Division.

33. The undersigned counsel is authorized by GeoVera to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, GEOVERA SPECIALTY INSURANCE COMPANY, respectfully requests this Court remove this Pasco County action to this Court pursuant to the provisions of 28 U.S.C. §1441.

Respectfully submitted this 14th day of February, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Artistides "Kico" Diaz, Esquire
**YOUR INSURANCE ATTORNEY, PLLC**
250 N. Orange Ave., Suite 605
Orland, FL 32801
YIA19@Yourinsuranceattorney.com
eservice@Yourinsuranceattorney.com
*Attorneys for Plaintiff*

GORDON REES SCULLY MANSUKHANI

s/ Kristina L. Marsh
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Christina M. Flores, Esquire
Florida Bar No.: 125966
Primary: kmarsh@grsm.com
Primary: cflores@grsm.com
Secondary: afiorito@grsm.com
Secondary: dbeauchamp@grsm.com
Secondary: TampaPleadings@grsm.com
100 S. Ashley Dr., Suite 1290
Tampa, FL 33602
Telephone (Main): 813-444-9700
Telephone (Direct): 813-523-4935
Facsimile: 813-377-3505
*Counsel for Defendant,*
*GeoVera Specialty Insurance Company*